UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE COMPLAINT & ARREST WARRANT

Misc. No.

1:19MJ118 PAS

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet, and Affidavit in Support) be sealed until further Order of this Court.

FILED 2019 DEC 30 P 1:46

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

AARON L. WEISMAN
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Gerard.sullivan@usdoj.gov

SO ORDERED:

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Dated: Dec 30, 2019