AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

FILED

2019 DEC 30 P 1:47

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:19MJ118 PAS |
| PETER K. ZENDRAN | ) | |
| D.O.B. (1978) | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 17, 2019__ in the county of _____ in the _____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B). | Threatening a United States Judge and Fed. Law Enforcement Officer |
| 18 U.S.C.§ 875(c) | Using interstate communications to communicate threats. |

This criminal complaint is based on these facts:

See the attached Affidavit of ELDEN DASILVA, Deputy United States Marshal

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy United States Marshal Elden DaSilva
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __12/30/2019__

*Judge's signature*

City and state:  __Providence, Rhode Island__   Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*