# AFFIDAVIT

I, Elden DaSilva, do under oath depose and say that:

1. I am a Deputy United States Marshal. I have been employed by the United States Marshal's Service (USMS) for 10 years. I was also a member of the Virginia State Police for 5 years. I have received training in judicial protection and threat assessment.

2. I submit this affidavit in support of an application for an Arrest Warrant for Peter K. Zendran (ZENDRAN) who was born in the year 1978 and who is known to live at various locations in Cranston, South County Rhode Island, and Watertown Massachusetts along with a Criminal Complaint charging him with threatening a United States Judge and a federal law enforcement officer in violation of 18 U.S.C. §115(a)(1)(B) and with using interstate communications to communicate threats in violation of 18 U.S.C. § 875(c).

3. The facts and information contained in this affidavit are based on my personal knowledge of this investigation, information reliably supplied to me by other law enforcement officers, my review of YouTube postings, as well as public and law enforcement databases.

4. ZENDRAN is well known to law enforcement. He has numerous contacts for simple assault, disorderly conduct, obstructing police officers, trespass and destruction of property. He espouses anti-police, anti-government, anarchistic views.

Most recently, he was arrested by the Newport Police Department on December 21, 2019, after he caused a disturbance at a hotel in that city and threatened to blow up the building. During his arrest he spoke of terrorist attacks and mass shooting incidents specifying that Rhode Island was long overdue for a mass shooting. ZENDRAN is known to have a history of psychiatric illness and court referrals for psychiatric treatment.

5. On December 27, 2019, an anonymous tipster informed the Federal Bureau of Investigation about videos posted on YouTube threatening a judge and a U.S. Marshal. I have viewed those videos.

6. One video, published on December 17, 2019, was filmed outside the home of a Court Security Officer (CSO) employed by the USMS. The video was shot by ZENDRAN who often turned the camera on himself while narrating a threatening tirade. ZENDRAN identified the CSO by his full name and he published his home address as he filmed the house. During the rant, he referred to the Marshals Service and called the CSO a "Dego Dog." ZENDRAN said that he has a, "One way ticket to hell." Then continued, "See how easy this fucking pig can be taken out." Before he ended the video, he spoke about his next victim, a United States Circuit Court Judge. Referring to her as "Negress", he specified that she was "handing that Tsarnayev case that you U.S. Marshals are bitching about." The "Tsarnayev case" was a reference to the Boston Marathon Bombing incident. I know that ZENDRAN caused a disturbance during that trial and was removed after saying, "If I wanted to cause a disturbance, I would just start killing people."

7.      The next video was also published on December 17, 2019. ZENDRAN seemingly began where he left off. The video opened with ZENDRAN filming himself saying, "Still think I don't know what I'm talking about that Tsarnayev event? Crooked Marshals and how they fucked up? Well speaking of fuck ups …" ZENDRAN then turned the camera to focus on the home of a U.S. Circuit Court Judge.[1] He continued, "Here is the house of the Judge - Ol' Negress [last name omitted] who's handling the Tsarnayev case. Pretty shitty security. Anyone could take that cunt out, huh? Pretty interesting" ZENDRAN then turned his attention to her neighbors, an Armenian family.[2] Referring to them as the "Dashanks" he accused them of bomb-making and said that the "Dashanks need shanking." Shank is a prison term for a crude knife. A "shanking" is a stabbing.

8.      I therefore submit that there is probable cause to believe that ZENDRAN threatened a United States Judge and a federal law enforcement officer in violation of

---

[1] ZENDRAN did not publish the street address in this video as he had in the last but he later published her address on December 19, 2019, in a blog that he writes. He hyperlinked a map and wrote, "Not only is it easy to get to, this is a rough area of Cranston/Providence and any judge living there should have better protection."

[2] They are artists. The judge also dabbles in art. During an art exhibition at the University of Rhode Island in 2013, ZENDRAN was arrested when he caused a disturbance and committed an assault.

18 U.S.C. §115(a)(1)(B) and used interstate communications to communicate threats in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

_____
ELDEN DASILVA
Deputy United States Marshal

Subscribed and sworn to before me on _____December 30_____, 2019

_____
PATRICIA A. SULLIVAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT