PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT    CASE NO. _1:19 MJ118 PAS_

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: PETER K. ZENDRAN

Addr: **REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RHODE ISLAND
DISTRICT OF RHODE ISLAND  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. ____

Name of Asst. U.S. Attorney (if assigned) ____

Birth Date: **REDACTED**  ☐ Alien (if applicable)
Soc: **REDACTED**

| PROCEEDING |
|---|

Name of Complainant Agency, or Person (& Title, if any)
UNITED STATES MARSHAL

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND  County

DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. § 115(a)(1)(B) | Threatening US Judge & Fed. Officer | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | 18 U.S.C. § 875(c) | Using Communications to communicate | ☐ Felony ☐ Misdemeanor |
| | | threats of violence | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: | ☐ Felony ☐ Misdemeanor |