# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

v.                                              Case No.: 1:19–mj–00118–PAS

Peter K. Zendran
Defendant.

## **ORDER OF COURT**

      The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ordered that the Federal Public Defender be appointed to represent the above–named defendant in this case until further order of the Court. The Clerk shall enter counsel's appearance. A notice of appearance need not be filed.

      It is so ordered.

December 31, 2019                               By the Court:

                                                                            /s/ Patricia A. Sullivan
                                                                             United States Magistrate Judge